UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

OUELLETTE, JOHN R. AND
OUELLETTE, STEPHANIE M.

Case No. 05-44345-PJS
Chapter 7

Judge: PHILLIP J. SHEFFERLY

Debtors.
_____/

### Notice of Unclaimed Dividend

TO THE CLERK OF THE COURT:

The attached checks # 112 and 115 in the amounts of $9,104.94 and $18,309.93 respectively represent the total sum of unclaimed dividends in this estate and are paid to the Court pursuant to 11 USC 347(a). The name of each of the parties entitled to these unclaimed dividends is as follows:

1)
| Creditor Name: | Claim No.: | Dividend Amount: |
|---|---|---|
| MERS as agent for Taylor Bean Mortgage Company; returned by MERS along with the the following check) | 7 | $18,309.93 |

2)
| Creditor Name: | Claim No.: | Dividend Amount: |
|---|---|---|
| MERS as agent for Taylor Bean Mortgage Company | 7 | $9,104.94 |

Dated: 06/24/2011

/s/ Douglas Ellmann
Douglas S. Ellmann, Trustee
Ellmann & Ellmann, P.C.
308 West Huron
Ann Arbor, MI 48103
(734) 668-4800

| DATE: 01/06/2011 | CHECK NO: 112 | CONTROL NO: 1320 | $9,104.94 |

Final Distribution

| | | |
|---|---|---|
| Douglas S. Ellmann, Trustee<br>308 West Huron<br>Ann Arbor MI 48103 | Case #: 05-44345-PJS<br>Case: OUELLETTE, JOHN R. AND OUELLETTE,<br>STEPHANIE M.   Debtor(s). | STERLING BANK<br>2550 North Loop West 6th Floor<br>Houston, TX - 77092 |

VOID AFTER 90 DAYS    DATE: 01/06/2011    CHECK NO: 112    CONTROL NO: 1320

PAY: NINE THOUSAND ONE HUNDRED FOUR AND 94 / 100                $9,104.94

TO THE ORDER OF: MERS as agent for Taylor Bean Mortgage Company
POB 2206
Flint, MI 48501

Final Distribution

| | | |
|---|---|---|
| Douglas S. Ellmann, Trustee<br>308 West Huron<br>Ann Arbor MI 48103 | Case #: 05-44345-PJS<br>Case: OUELLETTE, JOHN R. AND OUELLETTE,<br>STEPHANIE M.   Debtor(s). | STERLING BANK<br>2550 North Loop West 6th Floor<br>Houston, TX - 77092 |

VOID AFTER 90 DAYS    DATE: 02/14/2011    CHECK NO: 115    CONTROL NO: 1428

PAY: EIGHTEEN THOUSAND THREE HUNDRED NINE AND 93 / 100                $18,309.93

TO THE ORDER OF: MERS as agent for Taylor Bean Mortgage Company
POB 2206
Flint, MI 48501